IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA DAWN KONITZER aka S.A. Konitzer,

    Plaintiff,                                         ORDER

    v.                                                      13-cv-353-bbc

JANEL NICKEL and EDWARD WALL,

    Defendants.

---

In an order entered on May 24, 2013, this case was severed from case 12-cv-874-bbc. Plaintiff was advised that she must pay an initial partial payment of the $350 filing fee in the amount of $43.37 if she intended to proceed in this case. To date, plaintiff has not paid the $43.37 initial partial payment. To the extent that plaintiff was not given a deadline to submit her payment, I will give plaintiff another opportunity to submit the initial partial payment in this case.

If plaintiff does not have the money to make the initial partial payment in her regular account, she will have to arrange with prison authorities to pay some or all of the assessment from her release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of her filing fee from his release account. The only amount plaintiff must pay at this time is the $43.37 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Donna Konitzer may have until July 26, 2013, in which submit $43.37 as an initial partial payment of the $350 fee for filing this case. If, by July 26, 2013, plaintiff Konitzer fails to make the necessary initial partial payment or show cause for her failure to do so, she will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing her case at a later date.

Entered this 8th day of July, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge